NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADARIUS HOLLINGER,  )
a/k/a ADARIUS DESHON HOLLINGER,  )
                                 )
        Appellant,               )
                                 )
v.                               )        Case No. 2D17-4647
                                 )
STATE OF FLORIDA,                )
                                 )
        Appellee.                )
_____   )

Opinion filed June 15, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

PER CURIAM.

        Affirmed.

VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.